-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PIERRE ROY,

          Plaintiff,

-v-

BUFFALO PHILHARMONIC ORCHESTRA,

          Defendant.

**DECISION and ORDER**
15-CV-0771A

*[FILED SEP 21 2015 — MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY]*

Plaintiff, Pierre Roy, has filed pro se a complaint alleging violation of the American with Disabilities Act of 1990, as amended, 42 U.S.C. § 12101 *et seq.*, and seeks an order directing the United States Marshals Service to serve the Summons and Complaint on the defendant. (Docket No. 2, Motion.) Plaintiff paid the filing and administrative fees. Plaintiff's motion for Marshals Service is granted.

**Upon receipt of a copy of this order, plaintiff is required to submit the certified copy, marshal forms, summons and complaint to the U.S. Marshal for service upon named defendant. Plaintiff shall pay the fee of $8.00 per summons and complaint, which must be paid by money order or certified check.**

Pursuant to Fed.R.Civ.P. 4(c)(3), the U.S. Marshal is hereby directed to collect their fee and serve the Summons and Complaint upon the named defendants.

The Clerk of the Court is directed to forward to plaintiff, along with this Decision and Order, a copy of the first page of the Court's Notice Regarding Service of Summons and Complaint.

    SO ORDERED

Dated:   09/18, 2015
       Buffalo, New York

                                            WILLIAM M. SKRETNY
                                            Senior United States District Judge